# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alvester Fletcher Worth**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00497-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A. | ) | |
| Carmen Chang**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2016 Order.

                                        July 29, 2016

_____
Frank G. Johns, Clerk
United States District Court